**Electronically Filed
Supreme Court
SCWC-22-0000348
28-OCT-2025
09:55 AM
Dkt. 12 ODSAC**

SCWC-22-0000348

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HAWAII NATIONAL BANK,
Respondent/Plaintiff-Appellee,

vs.

SUTAH CHIRAYUNON,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000348; CASE NO. 1CC131000998)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devins JJ.,
and Circuit Judge Souza, assigned by reason of vacancy)

The Application for Writ of Certiorari filed by

Petitioner Sutah Chirayunon on October 13, 2025, is dismissed as

untimely.  See Hawaiʻi Rules of Appellate Procedure Rule 40.1(a).

It is further ordered that the Motion to Strike Appendices B and C to Petitioner's Application for Writ of Certiorari and Associated Discussion, filed by Respondent Hawaii National Bank on October 24, 2025, is dismissed as moot.

DATED: Honolulu, Hawai'i, October 28, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Kevin A.K. Souza